PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Jonathan Crawford                                   Cr.: 14-00125-001
                                                                      PACTS #: 67359

Name of Sentencing Judicial Officer:   THE HONORABLE ESTHER SALAS
                                       UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 12/17/2014

Original Offense:   Count One: Theft of Government Property, 18:641.F

Original Sentence: 60 months' probation

Special Conditions: Special Assessment - $100, Restitution - $198,009, Substance Abuse Testing, Alcohol Treatment, Drug Treatment, Cooperate with Internal Revenue Service, Occupational Restrictions, Location Monitoring Program

Type of Supervision: Probation                        Date Supervision Commenced: 12/17/2014

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1.                  Jonathan Crawford's term of probation is scheduled to expire on December 16, 2019, with an outstanding restitution balance of $191,800.63. Mr. Crawford is unable to fully satisfy the balance prior to the scheduled date of expiration. He has paid his special assessment of $100 in full and $6,208.37 towards his restitution obligation.

**U.S. Probation Officer Action:**

We are requesting that Mr. Crawford's probation term be allowed to expire on December 16, 2019. The Financial Litigation Unit of the United States Attorney's Office will pursue collection of the remaining balance.

Respectfully submitted,

By: Maria Goodwater
U.S. Probation Officer
Date: 01/25/2019

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ Allow Probation to terminate on December 16, 2019, with an outstanding restitution balance (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer
Esther Salas, U.S.D.J.
January 31, 2019
Date